In the Matter of Proving the Will of GERTRUDE L. DONOHUE, Deceased.

FRANCIS L. DONOHUE, Appellant; HERBERT B. SMITH, Respondent.

*Will — probate — objections of testamentary incapacity and undue influence.*

Mat er of Donohue (Will), 208 App. Div. 738, affirmed.
(Argued March 2, 1925; decided March 31, 1925.)

. APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 11, 1924, which affirmed a decree of the Queens County Surrogate's Court admitting to probate a paper propounded as the last will and testament of Gertrude L. Donohue, deceased. Probate was objected to upon the ground of testamentary incapacity and undue influence.

*Charles H. Tuttle* and *William S. Pettit* for appellant.
*Thomas B. Gilchrist* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.